# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISON

UNITED STATES OF AMERICA,
    Plaintiff

v.                                                  CASE NO.  2:23-cv-452-JLB-KCD

MARK A. GYETVAY,
    Defendant.
_____/

## *CORRECTED*[1] UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant MARK A. GYETVAY (Mr. Gyetvay), by and through undersigned counsel, respectfully files this unopposed motion to extend the time to answer the complaint by 30 days. In support of this request, Mr. Gyetvay submits the following:

1. On June 22, 2023, the government filed a 27-page Complaint without any prior warning or pre-suit communications with Mr. Gyetvay's counsel. (Doc. 1).

2. The current deadline to respond would be August 28, 2023 based on Mr. Gyetvay's waiver of service. (Doc. 7).

3. The Complaint seeks a judgment in excess of $43,000,000 based on allegations that Mr. Gyetvay willfully failed to disclose certain foreign

---

[1] Mr. Gyetvay hereby refiles this "Corrected" Unopposed Motion to Extend Time To Answer Complaint in order to correct a typo in the "Memorandum of Law" section on Page 2 of the original filed motion.

1

        bank account information on a 2014 "FBAR" that Mr. Gyetvay timely filed back in 2015. (Doc. 1 at 25-26).

4. Due the complexity of the allegations in the Complaint, as well novel factual and legal issues involved this litigation, and the press of other matters, Mr. Gyetvay respectfully requests an additional 30 days for his counsel to review the allegations, research issues of law, and discuss the response with the defendant prior to filing.

5. **Local Rule 3.01(g) Certification**. Undersigned counsel has conferred with the government and Department of Justice Tax Division attorney Jeremy Rill has communicated that the government does not oppose this motion for a 30-day extension of time to answer the Complaint.

6. Mr. Gyetvay does not seek this continuance for the purposes of undue delay, but rather the ends of justice support the requested extension of time to adequately respond to the allegations in the Complaint.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure gives the Court the power to grant the requested extension of time upon showing of good cause In this instance, neither Mr. Gyetvay nor the United States would be unfairly prejudiced by the requested extension. Moreover, the extension would

2

provide Mr. Gyetvay with adequate time to respond to a complex series of allegations which date back well over a decade.

## **CONCLUSION**

For the foregoing reasons, Mr. Gyetvay respectfully requests that the deadline to respond to the Complaint be extended by 30 days from August 28, 2023 to October 3, 2023.

Respectfully submitted,

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
FOGARTY MUELLER HARRIS, PLLC
501 E. Kennedy Blvd.
Suite 790
Tampa, Florida 33602
Tel:   813-682-1730
Fax:   813-682-1731
Email: matt@fmhlegal.com
*Attorney for Defendant Mark A. Gyetvay*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving this document on all parties of record in this case.

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
*Attorney for Defendant Mark A. Gyetvay*
