# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISON

UNITED STATES OF AMERICA,
    Plaintiff

v.                                                               CASE NO. 2:23-cv-452-JLB-KCD

MARK A. GYETVAY,

    Defendant.
_____/

## AMENDED UNOPPOSED MOTION
## FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.01(c), Matthew J. Mueller and the law firm of Fogarty Mueller Harris, PLLC, and Nicholas R. Metcalf of the Law Office of Nicholas R. Metcalf, as counsel for Defendant MARK A. GYETVAY (Mr. Gyetvay), files this Motion for Special Admission, respectfully requesting that this District Court enter an Order permitting attorney Nicholas R. Metcalf, to appear *pro hac vice* as counsel for the Mr. Gyetvay in this action. In support of this Motion for Special Admission, counsel for Mr. Gyetvay states as follows:

    1.    Mr. Mueller is a member in good standing of The Florida Bar and is admitted to practice before this District Court.

    2.    Mr. Mueller and the law firm of Fogarty Mueller Harris, PLLC, represents Mr. Gyetvay with respect to this action.

    3.    Mr. Metcalf is not a Florida resident and is not a member of the Florida Bar.

4. Mr. Metcalf has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

5. Mr. Metcalf has not entered an appearance in state or federal court in Florida in the last thirty-six months.

6. Mr. Metcalf otherwise satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

7. Mr. Metcalf is a member in good standing of the Bar for the United States District Court for the District of Columbia (D.D.C. Bar Number 1019095), the District of Columbia (District of Columbia Bar Number 1019095), and Illinois (Illinois Bar Number 6306601).

8. Mr. Metcalf is familiar with the Rules of this Court, including Rule 2.04, and is familiar with, and will be governed by, the code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

9. Mr. Metcalf may be served at the Law Offices of Nicholas R. Metcalf, 601 New Jersey Avenue N.W., Suite 260, Washington, D.C. 20001.

10. Mr. Metcalf has paid the requisite fee with the Clerk of this District Court.

11. Pursuant to Local Rule 3.01(g), the undersigned has conferred with Department of Justice Trial Attorney Jeremy A. Rull, who has advised

that he does not oppose the granting of this motion.

WHEREFORE, the undersigned respectfully requests that this District Court enter an Order admitting Mr. Metcalf to practice before this Court for the limited purpose of representing Mr. Gyetvay in this matter.

Respectfully submitted,

**s/Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
FOGARTY MUELLER HARRIS, PLLC
501 E. Kennedy Blvd.
Suite 790
Tampa, Florida 33602
Tel:   813-682-1730
Fax:   813-682-1731
Email: matt@fmhlegal.com
*Attorney for Defendant Mark A. Gyetvay*


**s/Nicholas R. Metcalf**
Nicholas R. Metcalf
Law Office of Nicholas R. Metcalf
601 New Jersey Avenue NW
Suite 260
Washington, D.C. 20001
Tel: 202-908-6935
Email: nick@nmetcalflaw.com
*Attorney for Defendant Mark A. Gyetvay*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving this document on all parties of record in this case.

**/s/ Matthew J. Mueller**
Matthew J. Mueller
*Attorney for Defendant Mark A. Gyetvay*
