UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                            CASE NO. 2:23-cv-452-JLB-KCD

MARK A. GYETVAY
    Defendant.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Defendant, MARK A. GYETVAY, by and through undersigned counsel, files this unopposed motion for leave to file a five-page Reply to the United States' Response in Opposition to Mark Anthony Gyetvay's Motion to Dismiss (ECF Doc. 22). In support of the motion, Mr. Gyetvay submits the following:

1.    On June 22, 2023, the United States filed a Complaint against Mr. Gyetvay alleging that Mr. Gyetvay willfully failed to timely file a complete and accurate "Report of Foreign Bank Accounts" ("FBAR") for tax year 2014 and seeking a civil penalty of $38,606,520. ECF Doc. 1 at ¶¶ 125-30.

2.    On October 3, 2023, Mr. Gyetvay filed a Motion to Dismiss the Complaint and Memorandum of Law asserting that the United States' demand for a $35 million civil penalty relating to the Felicis bank account failed as a matter of law and should be dismissed. ECF Doc. 13.

3. On November 14, 2023, the United States filed a twenty-page Response in Opposition to Mark Anthony Gyetvay's Motion to Dismiss. ECF Doc. 22. In its Response, the United States advances a novel interpretation of what constitutes "identifying information" under 31 U.S.C. §5321(a)(1)(D)(ii), which was not set forth in the complaint and to which Mr. Gyetvay has had no opportunity to respond. ECF Doc. 22 at 4-7. The United States' Response also unexpectedly argues, on the issue of collateral estoppel, that Mr. Gyetvay's willfulness with respect to the Felicis account was "of necessity" decided in his criminal trial because the account was identified in the indictment, even though it was not submitted to the jury on the verdict form. *Id.* at 8-10.

4. Mr. Gyetvay respectfully requests the opportunity to respond to these arguments in a reply memorandum.

5. Mr. Gyetvay submits that he can adequately respond to these arguments in a reply memorandum of no more than five pages.

6. The undersigned has conferred with counsel for the United States, Trial Attorney Jeremy Rill who advised that the government does not oppose the granting of this motion.

## **Memorandum of Law**

Pursuant to the Local Rules for the Middle District of Florida, "[w]ithout leave, no party may file a reply directed to a response except a response to a motion for summary judgment." Local Rule 3.01(d). In this instance, Mr.

Gyetvay respectfully submits that he has shown good cause and the ends of justice would be served by permitting him to file a reply memorandum of up to five pages responding to arguments raised for the first time by the government in its Response.

Respectfully submitted,

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
FOGARTY MUELLER HARRIS, PLLC
501 E. Kennedy Blvd., Suite 790
Tampa, FL 33602
Tel:   813-682-1730
Fax:   813-682-1731
Email: matt@fmhlegal.com
*Attorney for Defendant Mark A. Gyetvay*

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving this document on all parties of record in this case.

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
*Attorney for Defendant Mark A. Gyetvay*

3